THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Elonia Michelle
 Ware, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-393
Submitted July 1, 2008  Filed July 15,
 2008   
APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Elonia Michelle Ware appeals the revocation of her suspended sentence.  Ware argues the
 circuit court committed an abuse of discretion by revoking her suspended
 sentence.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d
 357 (1991), we dismiss[1] Wares appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.